PER CURIAM.
 

 In
 
 State v. Montgomery,
 
 — So.3d -, -, 2010 WL 1372701 (Fla.2010), in which the defendant was convicted of second-degree murder, the Florida Supreme Court held it was fundamental error to give the standard jury instruction for manslaughter by act as a lesser-included offense of second-degree murder because the manslaughter instruction improperly required the state to prove the defendant intentionally caused the death of the victim while the instruction for second-degree murder did not. Because this case is in
 
 *808
 
 distinguishable from
 
 Montgomery,
 
 we REVERSE and REMAND.
 

 WOLF, LEWIS, and MARSTILLER, JJ., concur.